# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIGI CORETTI,<br>    *Plaintiff,*<br><br>v.<br><br><br>U.S. Customs and Border Protection and John Doe Agency # 1 through John Doe Agency #10<br><br>    *Defendants.* | **STIPULATION AND ORDER OF DISMISSAL**<br><br>Case No. 8:23-cv-00267<br>(DNH/CFH) |

**WHEREAS**, Plaintiff Luigi Coretti filed this action under the Freedom of Information Act (5 U.S.C. § 552), the Privacy Act (5 U.S.C. § 552a), and the John F. Kennedy Records Collection Act of 1992 (Pub. L. No. 102-526, 106 Stat. 3443 (1992)), seeking declaratory and injunctive relief in connection with his claim that Defendants improperly withheld certain information in response to Plaintiff's Freedom of Information Act request received by Customs and Border Protection on March 26, 2021;

**WHEREAS**, the parties seek to resolve this action without additional litigation, without the admission of liability by either party, and with Plaintiff and Defendants each bearing its own attorney's fees and costs;

**WHEREAS**, no party hereto is an infant or incompetent person;

1

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties as follows:

Pursuant to Fed. R. Civ. P. 41(a)(l)(A)(ii) that this action is discontinued without prejudice to any of Plaintiff's rights or remedies, including, without limitation, his right to reopen, re-file, or otherwise reinstate this action, and that each party should bear their own costs.

Laval, Canada
December 31, 2023

LUIGI CORETTI
PRO SE PLAINTIFF

_____
Luigi Coretti
Pro Se Plaintiff
145 Des Terrasses
Laval (Quebec)
H7H 2E1 Canada

Albany, NY
December ___, 2023

CARLA B. FREEDMAN
United States Attorney
Northern District of New York
Attorney for Defendant

_Thomas Spina Jr._  01/08/2024
Thomas Spina Jr.
Assistant United States Attorney
James T. Foley U.S. Courthouse
445 Broadway, Rm 218
Albany, NY 12207

IT IS SO ORDERED:

_____
David N. Hurd
U.S. District Judge

Dated: 01-09-2024

2